**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>Plaintiff,<br><br>v.<br><br>HENRY D. HOGE, an individual; DONA P. HOGE, an individual; HAROLD K. SPENCE, an individual; JOHN H. MANSPERGER, an individual; CLARENCE S. WEBER, an individual; HILDA S. WEBER, an individual; HENRY D. HOGE and DONA P. HOGE FAMILY TRUST, a trust; HENRY D. HOGE, a trustee; DONA P. HOGE, a trustee; and DOES 1–50,<br><br>Defendants and Counterclaimants.<br>_____/ | No. C 02-02171 WHA<br><br>**ORDER AMENDING EXEMPTION OF ATTORNEY'S FEES** |

    As instructed by the Ninth Circuit, the Court hereby amends the order of January 29, 2004, regarding the exemption of attorney's fees and litigation costs as necessaries for support under California Civil Procedure Code § 487.020. Only funds necessary to pay pre-judgment attorney's fees are exempt. The parties shall meet and confer before submitting a proposed order with this aggregate amount by **SEPTEMBER 9, 2005**.

**IT IS SO ORDERED.**

Dated: August 22, 2005



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE