IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>Plaintiff,<br><br>v.<br><br>HENRY D. HOGE, an individual; DONA P. HOGE, an individual; HAROLD K. SPENCE, an individual; JOHN H. MANSPERGER, an individual; CLARENCE S. WEBER, an individual; HILDA S. WEBER, an individual; HENRY D. HOGE and DONA P. HOGE FAMILY TRUST, a trust; HENRY D. HOGE, a trustee; DONA P. HOGE, a trustee; and DOES 1–50,<br><br>Defendants and Counterclaimants.<br>_____/ | No. C 02-02171 WHA<br><br>**ORDER DENYING<br>REQUEST FOR HEARING** |

Plaintiff Liberty Mutual Insurance Company has requested a hearing for determination of permanent exemptions for defendants Henry D. Hoge and Doña P. Hoge ("the Hoges"). This request is **DENIED**.

As previously ordered, the parties shall meet and confer before submitting a proposed order with the aggregate amount of pre-judgment attorney's fees and litigation costs which may be exempt under California Civil Procedure Code § 487.020. The Hoges are **ORDERED** to produce all financial and accounting records necessary to make this determination. Also by **SEPTEMBER 9, 2005**, the Hoges are **ORDERED TO SHOW CAUSE** why they have failed to file monthly certifications that exempted funds were disbursed for no purpose other than payment of legal fees and costs, pursuant to the order of January 29, 2004. If the parties are unable to reach

an agreement without assistance, the Court does not find Special Master Thomas Klitgaard disqualified and this matter will be referred to him for resolution of all outstanding issues.

**IT IS SO ORDERED.**

Dated:   August 25, 2005



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE