IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>Plaintiff,<br><br>v.<br><br>HENRY D. HOGE, an individual; DONA P. HOGE, an individual; HAROLD K. SPENCE, an individual; JOHN H. MANSPERGER, an individual; CLARENCE S. WEBER, an individual; HILDA S. WEBER, an individual; HENRY D. HOGE and DONA P. HOGE FAMILY TRUST, a trust; HENRY D. HOGE, a trustee; DONA P. HOGE, a trustee; and DOES 1–50,<br><br>Defendants and Counterclaimants. | No. C 02-02171 WHA<br><br>**ORDER GRANTING SECOND EXTENSION** |

The parties have jointly requested another week to comply with the Court's orders of August 23, 2005 and August 25, 2005. Good cause having been shown, this request is **GRANTED** and the deadline is continued from September 16, 2005 until **SEPTEMBER 23, 2005**. **NO FURTHER EXTENSIONS SHALL BE GRANTED.**

**IT IS SO ORDERED.**

Dated: September 15, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE