IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>HENRY D. HOGE, an individual; DONA P. HOGE, an individual; HAROLD K. SPENCE, an individual; JOHN H. MANSPERGER, an individual; CLARENCE S. WEBER, an individual; HILDA S. WEBER, an individual; HENRY D. HOGE and DONA P. HOGE FAMILY TRUST, a trust; HENRY D. HOGE, a trustee; DONA P. HOGE, a trustee; and DOES 1–50,<br><br>    Defendants and<br>    Counterclaimants.<br>_____/ | No. C 02-02171 WHA<br><br>**ORDER GRANTING<br>FINAL EXTENSION** |

    As stated on the record, the parties shall have until **SEPTEMBER 30, 2005 AT 10:00 A.M.** to comply with the Court's orders of August 23, 2005 and August 25, 2005.

**IT IS SO ORDERED.**

Dated: September 26, 2005

                                           WILLIAM ALSUP<br>
                                           UNITED STATES DISTRICT JUDGE

Dockets.Justia.com