1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   LIBERTY MUTUAL INSURANCE                    No. C 02-02171 WHA
     COMPANY, a Massachusetts corporation,

11
              Plaintiff,
12                                               **ORDER GRANTING**
        v.                                       **FINAL EXTENSION**

13
     HENRY D. HOGE, an individual; DONA P.
14   HOGE, an individual; HAROLD K. SPENCE,
     an individual; JOHN H. MANSPERGER, an
15   individual; CLARENCE S. WEBER, an
     individual; HILDA S. WEBER, an individual;
16   HENRY D. HOGE and DONA P. HOGE
     FAMILY TRUST, a trust; HENRY D. HOGE,
17   a trustee; DONA P. HOGE, a trustee; and
     DOES 1–50,

18
              Defendants and
19            Counterclaimants.
     _____/

20

21        As stated on the record, the parties shall have until **SEPTEMBER 30, 2005 AT 10:00 A.M.**

22   to comply with the Court's orders of August 23, 2005 and August 25, 2005.

23

24        **IT IS SO ORDERED.**

25

26   Dated:  September 26, 2005
                                            WILLIAM ALSUP
27                                          UNITED STATES DISTRICT JUDGE

28

United States District Court
For the Northern District of California