IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>HENRY D. HOGE, an individual; DONA P. HOGE, an individual; HAROLD K. SPENCE, an individual; JOHN H. MANSPERGER, an individual; CLARENCE S. WEBER, an individual; HILDA S. WEBER, an individual; HENRY D. HOGE and DONA P. HOGE FAMILY TRUST, a trust; HENRY D. HOGE, a trustee; DONA P. HOGE, a trustee; and DOES 1–50,<br><br>    Defendants and<br>    Counterclaimants.<br>                                           / | No. C 02-02171 WHA<br><br>**ORDER RE RESPONSE TO ORDER TO SHOW CAUSE** |

    The Court has reviewed the declarations submitted by Ronald Losch and Henry Hoge in response to the order to show cause why defendants failed to file monthly certifications regarding the disbursement of exempted funds. In light of Mr. Losch's admission that he has no excuse for his oversight, the parties are requested to submit letters, not exceeding two pages, regarding whether sanctions are appropriate by **OCTOBER 7, 2005 AT NOON**.

    **IT IS SO ORDERED.**

Dated: October 3, 2005

                                         WILLIAM ALSUP<br>
                                         UNITED STATES DISTRICT JUDGE