James D. Curran, Esq. SBN 126586
Amy K. Thomas, Esq. SBN 202876
Wolkin · Curran, LLP
555 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone:   (415) 982-9390
Facsimile:    (415) 982-4328

Attorneys for Plaintiff
LIBERTY MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>vs.<br><br>HENRY D. HOGE, an individual, *et al.*<br><br>  Defendants. | ) Case No.  CV 02-02171 WHA<br>)<br>) STIPULATION AND [PROPOSED]<br>) ORDER RE: REVISION OF EXEMPTION<br>) ORDER<br>)<br>)<br>)<br>)<br>)<br>) |

    In response to this Court's order of September 30, 2005, the parties submit this proposed order, revising the aggregate dollar amount for the prior post-judgment exemption order. This revision is necessitated by the decision of the Ninth Circuit Court of Appeals, and the corresponding August 22, 2005 order of this Court.

    Judgment was entered in this matter on April 14, 2003. On November 18, 2003, Special Master Thomas J. Klitgaard issued a report and recommendation regarding an exemption to be allowed Defendants Henry D. Hoge and Dona P. Hoge ("Hoge Defendants") for attorneys' fees and costs, which recommendation for exemption was premised on Cal. Code Civ. Proc. section 487.020. The Special Master's report and recommendation provided for an aggregate exemption for attorneys' fees and costs in the amount of $525,454.00. That aggregate amount was based on estimates as to several categories of fees and costs, both past and future.

1  On January 30, 2004, this Court issued an order, which approved the recommendations set
2  forth in the Special Master's November 18, 2003 report. Plaintiff appealed the order, and the Ninth
3  Circuit Court of Appeals reversed and remanded, in part. Based on that decision, this Court issued
4  an order on August 22, 2005, captioned "Order Amending Exemption of Attorney's Fees."
5  Pursuant to that August 22, 2005 order, and subsequent orders granting extensions of time, the
6  parties were required to confer and reach agreement as to revision of the aggregate dollar amount of
7  the exemption for attorney's fees and costs.

8  The parties have conferred, and submit that the aggregate dollar amount of the exemption
9  for attorney's fees and costs may be revised from $525,454.00 to **$178,040.00**. Neither Plaintiff nor
10 the Hoge Defendants make any admission or comment as to any particular category of attorney's
11 fees or costs identified in the Special Master's November 18, 2003 report.

12 **IT IS SO STIPULATED BY COUNSEL.**

14 Dated: October 5, 2005

WOLKIN CURRAN, LLP

_____
Amy K. Thomas

Attorneys for Plaintiff
Liberty Mutual Insurance Company

18 Dated: 10/5/05

LOSCH & EHRLICH

_____
Ronald K. Losch

Attorneys for Defendants Henry D. Hoge,
Dona P. Hoge and the Henry D. Hoge and
Dona P. Hoge Family Trust

23 **IT IS SO ORDERED.**

25 Dated: October 5, 2005

_____
The Hon. William H. Alsup

2.
STIPULATION AND [PROPOSED] ORDER RE: REVISION OF EXEMPTION ORDER

Case No. CV02-02171
N:\DOCS\49002\ORD86144.AKT