IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>HENRY D. HOGE, an individual; DONA P. HOGE, an individual; HAROLD K. SPENCE, an individual; JOHN H. MANSPERGER, an individual; CLARENCE S. WEBER, an individual; HILDA S. WEBER, an individual; HENRY D. HOGE and DONA P. HOGE FAMILY TRUST, a trust; HENRY D. HOGE, a trustee; DONA P. HOGE, a trustee; and DOES 1–50,<br><br>    Defendants and Counterclaimants.<br>_____ / | No. C 02-02171 WHA<br><br>**ORDER DECLINING TO IMPOSE ANY SANCTIONS** |

    The Court has considered the parties' responses regarding whether sanctions are appropriate and declines to sanction defendants' counsel for his oversight in failing to file monthly certifications regarding the disbursement of exempted funds.

    **IT IS SO ORDERED.**

Dated:   October 7, 2005

                                                                     WILLIAM ALSUP<br>                                                                 UNITED STATES DISTRICT JUDGE